### May 24, 1966

## Tracey Unemployment Compensation Case. Department of Labor and Industry, Appellant, *v.* Unemployment Compensation Board of Review.

Argued December 16, 1965. *Morley W. Baker,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Department of Labor and Industry, appellant; *Sydney Reuben,* Assistant Attorney General, for Unemployment Compensation Board of Review, ap-

pellee; *Jerome H. Gerber,* with him *Handler and Gerber,* for intervening appellee.

PER CURIAM: The opinion of this Court handed down on April 14, 1966 and reported at 207 Pa. Superior Ct. 506, 218 A. 2d 847 (1966), is dispositive of this appeal.